UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | SIPA LIQUIDATION <br><br> No. 08-01789 (BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> HERALD FUND SPC, <br><br> and <br><br> HSBC BANK PLC, <br><br> and <br><br> HSBC Securities Services (Luxembourg) S.A., <br><br> Defendants. | Adv. Pro. No. 09-1359 (BRL) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that the time by which Defendants Herald Fund Spc, HSBC Bank Plc and HSBC Securities Services (Luxembourg) S.A. may move, answer or otherwise respond to the Amended Complaint is extended up to and including August 28, 2009. The pre-trial conference will be held on September 24, 2009 at 10:00 am.

The parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including to challenge the jurisdiction of the Court in this Court or any other Court.

Dated: New York, New York
August 14, 2009

    *s/ Marc E. Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the Substantively Consolidated*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*

Dated: New, York, New York
August 14, 2009

    *s/ Thomas J. Moloney*
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
David E. Brodsky
James Corsiglia
Marla A. Decker
*Attorneys for HSBC Bank plc and HSBC*
*Securities Services (Luxembourg) S.A.*

Dated: New, York, New York
August 14, 2009

      *s/ Laura B. Kadetsky*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Jay P. Lefkowitz, P.C.
Joseph Serino, Jr.
Laura B. Kadetsky
*Attorneys for Herald Fund Spc*

SO ORDERED
Dated:  New York, New York
August 18, 2009

      /S/ Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE