UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>HERALD FUND SPC<br><br>　　　　　and<br><br>HSBC BANK PLC,<br><br>　　　　　and<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) S.A.,<br><br>　　　　　Defendants. | Adv. Pro. No. 09-1359 (BRL) |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND CONSENT ORDER**

The plaintiff, Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, by and through his undersigned counsel, and defendants HSBC Bank plc and HSBC Securities Services (Luxembourg) S.A., by and through their undersigned counsel, hereby agree and stipulate as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable in this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, all claims asserted against defendants HSBC Bank plc and HSBC Securities Services (Luxembourg) S.A. in the above-captioned matter are hereby dismissed without prejudice;

2. Nothing contained herein shall be construed as an adjudication of the merits of the Trustee's claims against Herald Fund SPC, HSBC Bank plc, and/or HSBC Securities Services (Luxembourg) S.A., or as an admission or acknowledgment of any claim or defense as against the others by either the Trustee, Herald Fund SPC, HSBC Bank plc, and or HSBC Securities Services (Luxembourg) S.A., and all such claims and defenses are preserved;

3. The Bankruptcy Court shall retain jurisdiction with respect to the adjudication of any matter or dispute pertaining to this Stipulation.

Dated: January 6, 2011

New York, New York

| | |
|---|---|
| /s/Oren J. Warshavsky | /s/ Thomas J. Moloney |
| Baker & Hostetler LLP | Cleary Gottlieb Steen & Hamilton LLP |
| 45 Rockefeller Plaza | One Liberty Plaza |
| New York, New York 10111 | New York, New York 10006 |
| Telephone: (212) 589-4200 | Telephone: (212) 225-2460 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 225-3999 |
| David J. Sheehan | Thomas J. Moloney |
| Email: dsheehan@bakerlaw.com | Email: tmoloney@cgsh.com |
| Oren J. Warshavsky | Marla Decker |
| Email: owarshavsky@bakerlaw.com | Email: mdecker@cgsh.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | *Attorneys for HSBC Bank plc and HSBC Securities Services (Luxembourg) S.A.* |

DATED: January 10, 2011  
         New York, New York

SO ORDERED:

/s/Burton R. Lifland  
Honorable Burton R. Lifland  
United States Bankruptcy Judge